IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BURT LEON SETTS,

        Plaintiff,

v.                                                                          4:05cv231-WS

ALLEN, C.J., JUDGE, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 17, 2005. See Doc. 16. The magistrate judge recommends that the plaintiff's amended complaint be dismissed for lack of jurisdiction. The plaintiff has since filed a motion to amend (doc. 21), a supplement to his motion for appointment of counsel (doc. 22), and a memorandum of law (doc. 23).

Upon review of the record in light of the plaintiff's most recent filings, the court has determined that the report and recommendation should be adopted and the case dismissed for lack of jurisdiction. The plaintiff's most recent filings do not change the fact that jurisdiction is lacking.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order of the court.

2.  The plaintiff's amended complaint is hereby DISMISSED for lack of jurisdiction.

3.  The plaintiff's motion to amend (doc. 21) is DENIED.

4.  The plaintiff's motion for appointment of counsel (doc. 9) is DENIED.

DONE AND ORDERED this December 20, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE